IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**DAVID BROOKS GRIFFIN, ET AL().**         **PLAINTIFFS**

**V.**         **CAUSE NO. 2:12-CV-00082-SA-JMV**

**ALLSTATE ASSURANCE COMPANY**         **DEFENDANT**

## ORDER

Before the court is the unopposed motion [10] of Defendant Allstate Assurance Company to set aside the Clerk's Entry of Default and for leave to file its answer to plaintiff's complaint. For good cause shown, the Court finds the instant motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED:**

That the defendant's motion to set aside clerk's entry of default and for leave to file its answer is hereby **GRANTED**. Defendant shall file its answer within five (5) days of this date.

**SO ORDERED** this 1st day of August, 2012.

        **/s/ Jane M. Virden**
        **U. S. MAGISTRATE JUDGE**